FOLGER LEVIN LLP
Roger B. Mead (CSB No. 093251, rmead@folgerlevin.com)
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

AEGIS LAW GROUP LLP
Michael K. Ross (admitted *pro hac vice*)
801 Pennsylvania Ave., N.W. – Ste. 740
Washington, D.C. 20004
Telephone: (202) 737-3373
Facsimile: (202) 735-5071

Attorneys for Defendant
MCIMETRO ACCESS TRANSMISSION SERVICES CORPORATION

**GRANTED**
Judge Yvonne Gonzalez Rogers
5/17/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENINSULA CORRIDOR JOINT POWERS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>MCIMETRO ACCESS TRANSMISSION SERVICES CORPORATION and Does 1 to 10,<br><br>Defendant. | Case No. 4:17-cv-05623-YGR<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 30, 2017<br><br>*as modified by the Court* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and a fully-executed settlement agreement between them ("Settlement Agreement"), the parties hereby stipulate and agree to the dismissal, with prejudice, of all claims in this action. Each party agrees to bear its own attorneys' fees and costs.

The parties stipulate and agree that the Court shall retain jurisdiction, for a period of one year from approval of this stipulation, over the parties and this matter to (a) enforce the

terms of the Settlement Agreement, including by injunctive relief, and (b) adjudicate any claim of breach of the Settlement Agreement.

Dated: May 14, 2018  HANSON BRIDGETT LLP

*/s/ Emily M. Charley*

David J. Miller
Joan L. Cassman
Michael N. Conneran
Emily M. Charley
Attorneys for Plaintiff
PENINSULA CORRIDOR JOINT POWERS BOARD

Dated: May 14, 2018  FOLGER LEVIN LLP

*/s/ Roger B. Mead*

Roger B. Mead
Attorneys for Defendant
MCIMETRO ACCESS TRANSMISSION SERVICES CORPORATION

981487.1